IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHWEST STEEL ERECTION CO., INC., ) <br> a Nebraska Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMERICAN ZURICH INSURANCE ) <br> COMPANY, an Illinois Corporation ) <br> ) <br> Defendant. ) | Case No. 4:07-CV-03184 <br><br><br><br><br> **ORDER** |

     IT IS ORDERED that the parties' Joint Motion for Continuance of the Due Date for the Report of Parties' Planning Conference (filing 12) is granted and the due date for the report of parties' planning conference is continued until 14 days after the Court has ruled on Defendant's Motion to Dismiss in the event the Motion to Dismiss is denied.

     Dated: September17, 2007.

                                           BY THE COURT

                                           s/ *David L. Piester*

                                           David L. Piester
                                           United States Magistrate Judge