IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHWEST STEEL ERECTION, CO., INC., a Nebraska Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3184 |
| v. | ) ) | |
| AMERICAN ZURICH INSURANCE, Company, an Illinois Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Plaintiff'S motion to file amended complaint, filing 15, is granted, and the amended complaint shall be filed within five days.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge