IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHWEST STEEL ERECTION COMPANY, INC., | ) ) ) | 4:07CV3184 |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's unopposed motion for an enlargement of time (filing 21) is granted, as follows:

    Defendant shall have until November 27, 2007, to file a reply in support of its motion to dismiss (filing 18).

November 21, 2007.           BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge