IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NORTHWEST STEEL ERECTION,       )
CO., INC., a Nebraska           )
Corporation,                    )
                                )
                Plaintiff,      )              4:07CV3184
                                )
        v.                      )
                                )
AMERICAN ZURICH INSURANCE,      )                ORDER
Company, an Illinois            )
Corporation,                    )
                                )
                Defendant.      )
                                )

        The records of the court show that on September 27, 2007
(filing 14) a text notice was electronically mailed to all
counsel of record by the Office of the Clerk as follows:

                TEXT NOTICE REGARDING CORPORATE DISCLOSURE
                STATEMENT by Deputy Clerk as to Defendant
                American Zurich Insurance. Pursuant to Fed.
                R. Civ. P. 7.1, non-governmental corporate
                parties are required to file Corporate
                Disclosure Statements (Statements). The
                parties shall use the form Corporate
                Disclosure Statement, available on the Web
                site of the court at
                http://www.ned.uscourts.gov/forms/. If you
                have not filed your Statement, you must do so
                within 15 days of the date of this notice. If
                you have already filed your Statement in this
                case, you are reminded to file a Supplemental
                Statement within a reasonable time of any
                change in the information that the statement
                requires.

        As of this date, no Statement has been filed.


        IT THEREFORE HEREBY IS ORDERED,

        Counsel shall file the Corporate Disclosure Statement on or
before January 23, 2008 or show cause by written affidavit why
they cannot comply with the rules of the court.

DATED this 9th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge