IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORTHWEST STEEL ERECTION, Co., Inc., a Nebraska Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3184 |
| V. | ) ) | |
| AMERICAN ZURICH INSURANCE, Company, an Illinois Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

The answer deadline has been extended to February 29, 2008. Accordingly, on the court's own motion,

IT IS ORDERED: The deadline for filing the report of parties' planning conference is continued to March 31, 2008.

DATED this 19th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge